ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7027
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-00315-EMC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MERVINA DEGUZMAN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information in *United States v. Mervina DeGuzman*.

DATED: November 2, 2023
                                                Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney


                                                */s/ Thomas A. Colthurst*
                                                THOMAS A. COLTHURST
                                                Chief, Criminal Division

NOTICE OF DISMISSAL
                                                                                                              v. 8/4/2021

1 | Leave is granted to the government to dismiss the information filed in 21-CR-00315-EMC
2 | (*United States v. v. Mervina DeGuzman*).

Date: November 13, 2023

_____
**THE HON. EDWARD M. CHEN**
Senior United States District Judge